UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TBILISI CITY COURT IN TBILISI, GEORGIA IN THE MATTER OF KHATIA KOKASHVILI V. JSC BANK OF GEORGIA | CASE NO.   0:22-mc-27 |

_____/

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from MoneyGram Payment Systems. Certain information has been requested by the Tbilisi City Court in Tbilisi, Georgia ("Georgian Court"), pursuant to a Letter of Request issued by the Georgian Court in connection with a civil judicial proceeding captioned *Khatia Kokashvili v. JSC Bank of Georgia*, Foreign Reference Number N2807.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: April 28, 2022               Respectfully submitted,

                                                 ANDREW M. LUGER
                                                 United States Attorney

                                                 BRIAN BOYNTON
                                                 Principal Deputy Assistant Attorney General
                                                 Civil Division, United States Department of Justice

                                                 JEANNE E. DAVIDSON
                                                 Director, Office of International Judicial Assistance
                                                 Civil Division, United States Department of Justice

                     By:     /s/ Katerina Ossenova
                                                 KATERINA OSSENOVA
                                                 Senior Trial Counsel
                                                 United States Department of Justice, Civil Division
                                                 Office of Foreign Litigation
                                                 Office of International Judicial Assistance
                                                 1100 L Street, NW
                                                 Room 8102
                                                 Washington, DC 20530
                                                 Telephone: 202-353-0194
                                                 Email: Katerina.V.Ossenova@usdoj.gov