EXHIBIT A



## საქართველოს იუსტიციის სამინისტრო
## MINISTRY OF JUSTICE OF GEORGIA



საქართველო, ქ. თბილისი, 0114, გორგასალის ქ.24 ა. ტელ.: 2 40-51-48, 2 40-58-36; ელ. ფოსტა: info@justice.gov.ge
24 a, Gorgasali str., 0114, Tbilisi, Tel.: 2 40-51-48, 2 40-58-36, E-MAIL: info@justice.gov.ge

№2807                                                                                                    09 / March / 2022

Office of International Judicial Assistance
U.S. Department of Justice

1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

Dear Sir/Madam,

The Ministry of Justice of Georgia presents its compliments to the U.S. Department of Justice and in accordance with the Hague Convention of 18 March 1970 „on the Taking of Evidence Abroad in Civil or Commercial Matters", has the honor to send the request of the Tbilisi City Court on the Taking of evidence.

The Ministry of Justice of Georgia kindly requests the U.S. Department of Justice as a Central Authority to forward the abovementioned motion with enclosed documents to the competent authority of the United States of America for further handling and please keep us informed about future developments and the results on the execution of the request.

Please do not hesitate to contact our office in case further information or documents are needed.

Contact person: Ms. Maia Sartania
Senior Specialist of Public International Law department
Cell phone: +995 599 850 210 (as well WhatsApp, Viber);
E-mail: msartani@justice.gov.ge

The Ministry of Justice of Georgia avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Enclosure: 1 (one) case.

Sincerly yours,

Acting Head of the Public International Law Department     SIGNED/SEALED ELECTRONICALLY                    Ana Ivanishvili

APR 13 2022
CIV-189-214-22-1

Annex

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

In order to avoid confusion, please spell out the name of the month in each date.

Please fill out an original and one copy of this form (use additional space if required).

| | | | |
|---|---|---|---|
| 1. | Sender (name and address) | | Tbilisi City Court<br>Address: 64 David Agmashenebeli Alley<br>E-mail: tccinfo@court.ge<br>Telephone: +995 032 (2 51 03 00) |
| 2. | Central Authority of the Requested State (name and address) | | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. | Person to whom the executed request is to be return (name and address) | | Requesting authority (sender)<br>Central Authority of the Ministry of Justice<br>Department of International Justice<br>24a Gorgasali Street, 0114 Tbilisi, Republic of Georgia<br>msartania@justice.gov.ge |
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request ||| 
| | Date: March 1, 2022 ||| 
| Reason for urgency[1] ||||
| IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST: ||||
| 5. | a | Requesting judicial authority (Article 3,a)) Name and address | Tbilisi City Court<br>Address: 64 David Agmashenebeli Alley |
| | b. | To the competent authority of (Article 3, a)) | 2/32591-19 (330210019003360827);<br>Khatia Kokashvili's lawsuit against JSC Bank of Georgia on assignment of money |
| | c. | Names of the case and any identifying number | |
| 6. | Names and addresses of the parties and their representatives (including representatives in the requested State[2]) (Article 3, b)) |||
| a. | Plaintiff | | Khatia Kokashvili<br>Address: Apt. 59, 3 I. Zakariadze Street, Tbilisi |

*Natia Co. [signature]*

|   |   |   | Telephone: 557 30 63 56 |
|---|---|---|---|
|   |   | Representatives |   |
|   | b. | Defendant | JSC Bank of Georgia<br>Address: 29a Gagarin Street, Tbilisi |
|   |   | Representatives | Mariam Pirveli, Gvantsa Kikabidze |
|   | c. | Other parties |   |

1. Omit if not applicable
2. Omit if not applicable

|   | 7. |   |   |
|---|---|---|---|
|   | a. | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Assignment of money |
|   | b. | Summary of complaint | The dispute concerns a claim for compensation for damage caused as a result of cashing out a money transfer performed by Bank of Georgia through the MoneyGram service, in particular compensation by the defendant in favor of the plaintiff for material damage (2005 US dollars equivalent in GEL) |
|   | c. | Summary of defence and counterclaim | Defendant stated in the defence that the claim filed by the plaintiff was unfounded and should not be satisfied. |
|   | d. | Other necessary information or documents[3] |   |

3. Omit if not applicable

|   | 8. |   |   |
|---|---|---|---|
|   | a. | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | 1) information from MoneyGram Payment Systems on who and in which country cashed the money transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767);<br>2) information from MoneyGram Payment Systems on whether an investigation on transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767) was conducted as a result of communication of the sender – Jano Mumladze (personal number ▓▓▓▓1279) with MoneyGram Payment Systems and what was found; |
|   | b. | Purpose of the evidence or judicial act sought | The evidence given is significant, which has created the need for the court to request this information from MoneyGram Payment Systems as the requested information, in its content, can prove the factual circumstances relevant to the case, in particular, it will enable the defendant to find out information about the transfer, by whom, when and where the cash was withdrawn, as well as whether an investigation on this particular transfer was conducted as a result of communication of the sender with MoneyGram Payment Systems and what factual circumstances were found; This |

*Natia C. mmad&* (signature)

| | | | |
|---|---|---|---|
| | | | suggests that the information requested would prove the circumstances relevant to the case. |
| | 9. | Identity and address of any person to be examined (Article 3, e)) | N/A |
| | 10. | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))[4] | N/A |
| | 11. | Documents or other property to be inspected (Article 3, g))[5] | 1) To request information from MoneyGram Payment Systems on who and in which country cashed the money transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767); <br> 2) To request information from MoneyGram Payment Systems on whether an investigation on transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767) was conducted as a result of communication of the sender – Jano Mumladze (personal number ▉1279) with MoneyGram Payment Systems and what was found; |

4. Omit if not applicable

| | 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, h))[6] <br> (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence) | N/A |
|---|---|---|---|

5. Omit if not applicable
6. Omit if not applicable

| | 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i) and 9)[7] <br> (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law) | N/A |
|---|---|---|---|

*[signature: Natia Gwmelq]*

| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)[8] | N/A |
|---|---|---|

7. Omit if not applicable
8. Omit if not applicable

| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)[9] | N/A |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, b))[10] | N/A |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by[11] | N/A |

DATE OF REQUEST: January 31, 2022

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

Collegium of Civil Cases of Tbilisi City Court

Judge

Signed

9. Omit if not applicable
10. Omit if not applicable
11. Omit if not applicable

*Natia Gvinmadle* (signature)

| | |
|---|---|
| სანოტარო მოქმედების რეგისტრაციის ნომერი | N220130716  |
| სანოტარო მოქმედების რეგისტრაციის თარიღი | 09.02.2022 წ |
| სანოტარო მოქმედების დასახელება | დოკუმენტის თარგმანზე დიპლომირებული მთარგმნელის ხელმოწერის დამოწმება |
| ნოტარიუსი | ირმა შარვაძე |
| სანოტარო ბიუროს მისამართი | თბილისი, ჭ. შარტავას 42 |
| სანოტარო ბიუროს ტელეფონი | 2238372 |
| სანოტარო მოქმედების ინდივიდუალური ნომერი | 55414899556522  |

მე, ნოტარიუსი ირმა შარვაძე, რომლის სანოტარო ბიურო მდებარეობს ქ.თბილისი, ჭ.შარტავას #42-ში, ვადასტურებ თარჯიმნის ნათია გვიმრაძის (დაბ. 05.01.1978წ, პირადი #11001000406, მცხ: ქ. თბილისში, III მასივი. VIII კვ. კორპ.5. ბ. 25) ხელის მოწერის სინამდვილეს. (მთარგმნელმა წარმოადგინა ენის ცოდნის დიპლომი სუ # 000394. რეგისტრაციის #508 გაც. 2001 წელს.თბილისის სახ. უნივერსიტეტის სოხუმის ფილიალის მიერ). მე, ნოტარიუსმა გავაფრთხილე თარჯიმანი, რომ ის პასუხს აგებს თარგმანის სიზუსტეზე, რომელმაც დაადასტურა, რომ ჯეროვნად ფლობს ინგლისურ ენას და უზრუნველყოფს თარგმანის სიზუსტეს .მე, ნოტარიუსი ვამოწმებ თარჯიმნის ნათია გვიმრაძის ხელისმოწერის სინამდვილეს წარმოდგენილი დოკუმენტის ყველა გვერდზე და არა ეგზემპლარში წარმოდგენილი სამართლებრივი ფაქტების სიზუსტეს ან დოკუმენტის ნამდვილობას.
სანოტარო მოქმედება შესრულებულია გაგარინის 29ა-ში , სადაც მე მიმიწვიეს სანოტარო მოქმედების შესასრულებლად

I, Notary Irma Sharvadze, in my Notary Bureau located on an address :42 Zh. Shartava Str.Tbilisi, confirm translator's Natia Gvimradze (born on ▓▓▓▓ 1978, ID/C Personal No ▓▓▓▓ 0406.,residing at the address: Apt. 25. Building V. block VIII. III massiv, c. Tbilisi) reality of signature. (Translator presented Diploma su # 000394. reg. No 508 issued in 2001, by the Sukhumi Branch of Tbilisi State University.) I, Notary, have warned translator that she is responsible for the Translation accuracy and has confirmed that she knows the English language properly and provides the exact translation. I, Notary confirm the genuineness of signature of the translator on every pages of the presented document, neither the correctness of the facts in this copy nor the reality of the document.
The notarial act was performed at 29a Gagarin Street, where I was invited to perform the notarial act

თანახმად სანოტარო მოქმედებათა შესრულებისათვის საზღაურისა და საქართველოს ნოტარიუსთა პალატისთვის დადგენილი საფასურის ოდენობის, მათი გადახდევინების წესისა და მომსახურეობის ვადების შესახებ საქართველოს მთავრობის 2011 წლის 29 დეკემბრის #507 დადგენილების 31-ე და 34-ე მუხლის გადახდილია საზღაური (1 ეგზემპლარზე შესრულებული 4 ხელმოწერის დამოწმებისათვის) 8.00 ლარი + სანოტარო ბიუროს გარეთ შესრულებული მოქმედებისთვის 20,00 ლარი და საქართველოს მთავრობის ზემოაღნიშნული დადგენილების 39-ე მუხლის პირველი პუნქტის შესაბამისად, ელექტრონულ რეესტრში რეგისტრაციის 2.00 ლარი. აგრეთვე დღგ 5.04 ლარი თანახმად საქართველოს საგადასახადო კოდექსის 166-ე მუხლისა,

Paid Fees according to the order # 507 of Georgian Government dated December 29 2011 "About Fees for carrying out Notary Acts and established amount of price by Georgian Notary Chamber, rules of pay and its terms" article 31 , 34: (1 copy ,4 signatures) 8.00 GEL + 20.00 GEL for performing notarial action out of office and due to the performed Order by Georgian Government Point 1, article 39: 2(two) GEL. As well as VAT 5.04 GEL according to the Tax Code of Georgia of article #166.

ნოტარიუსი
Notary _____

სანოტარო მოქმედებისა და სანოტარო აქტის შესახებ ინფორმაციის (მისი შექმნის, შეცვლის და/ან გაუქმების შესახებ) მიღება-გადამოწმება შეგიძლიათ საქართველოს ნოტარიუსთა პალატის ვებ-გვერდზე: www.notary.ge ასევე შეგიძლიათ დარეკოთ ტელეფონზე: +995(32) 2 66 19 18

7290211153585

www.ecd.court.ge

## Collegium of Civil Cases

### 64 David Agmashenebeli Alley, Tbilisi

Case N2/32591-19                                                                 December 22, 2021

To: Competent Authorities of the United States of America

Civil case No 2/32591-19 regarding Khatia Kokashvili's lawsuit against the defendant JSC Bank of Georgia on assignment of money is pending in the Collegium of Civil Cases of Tbilisi City Court.

The dispute concerns a claim for compensation for damage caused as a result of cashing out a money transfer performed by Bank of Georgia through the MoneyGram service. In given case, defendant's representative Gvantsa Kikabidze petitioned for a request for information from MoneyGram Payment Systems, in particular she requested 1) information from MoneyGram Payment Systems on who and in which country cashed a money order (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767); 2) information from MoneyGram Payment Systems on whether an investigation on transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767) was conducted as a result of communication of the sender – Jano Mumladze (personal number 1279) with MoneyGram Payment Systems and what was found;

The court found that evidence given, in its content, can prove the factual circumstances relevant to the case, in particular, it will enable the defendant to find out information about the transfer, by whom, when and where the cash was withdrawn, as well as whether an investigation on this particular transfer was conducted as a result of communication of the sender with MoneyGram Payment Systems and what factual circumstances were found; This suggests that the information requested would prove the circumstances relevant to the case. Since the defendant is deprived of the opportunity to present the above information, the court considers it expedient to satisfy the petition of the defendant's representative for the request of the information from MoneyGram Payment Systems.

MoneyGram Payment Systems is located at the address: Inc, 1550 Utice Avenue South, Minneapolis, MN55416 USA. In view of the foregoing, we ask you to ensure the request of the information from MoneyGram Payment Systems pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters and delivery of requested information, in particular:

1) information from MoneyGram Payment Systems on who and in which country cashed a money order (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767);   2) information from MoneyGram Payment Systems on whether an investigation on transfer (sender: qoqasvilixatia@gmail.com, receiver: customerservice@moneygram.com, date of sending: April 12, 2019 00:12, transfer code: 49675767) was conducted as a result of communication of the sender – Jano Mumladze (personal number 1279) with MoneyGram Payment Systems and what was found;

We would like to express our respect and appreciation to the relevant competent authorities of the United States of America for their cooperation and support.

Annex:

Judgment of the Collegium of Civil Cases of Tbilisi City Court in Georgian and translated into English, --- pages.

Zaza Martiashvili                    /signed/

Judge of the Collegium of Civil Cases of Tbilisi City Court

*Natia Cimade* /signature/

| | |
|---|---|
| სანოტარო მოქმედების რეგისტრაციის ნომერი | N220130697  |
| სანოტარო მოქმედების რეგისტრაციის თარიღი | 09.02.2022 წ |
| სანოტარო მოქმედების დასახელება | დოკუმენტის თარგმანზე დიპლომირებული მთარგმნელის ხელმოწერის დამოწმება |
| ნოტარიუსი | ირმა შარვაძე |
| სანოტარო ბიუროს მისამართი | თბილისი, ჩ. შარტავას 42 |
| სანოტარო ბიუროს ტელეფონი | 2238372 |
| სანოტარო მოქმედების ინდივიდუალური ნომერი | 26212935043022  |

მე, ნოტარიუსი ირმა შარვაძე, რომლის სანოტარო ბიურო მოღვარეობს ქ.თბილისი, ჩ.შარტავას #42-ში, ვადასტურებ თარჯიმნის ნათია გვიმრაძის (დაბ. ███ 978ნ, პირადი ███ 0406, მცხ: ქ. თბილისში, III მასივი. VIII კვ. კორპ.5. ბ. 25) ხელის მოწერის სინამდვილეს. (მთარგმნე███ ადგინა ენის კოდნის დიპლომი სუ # 000394. რეგისტრაციის #508 გაც. 2001 წელს.თბილისის სახ. უნივერსიტეტის სოხუმის ფილიალის მიერ). მე, ნოტარიუსმა გავაფრთხილე თარჯიმანი, რომ ის პასუხს აგებს თარგმანის სიზუსტეზე, რომელმაც დაადასტურა, რომ ჯეროვნად ფლობს ინგლისურ ენას და უზრუნველყოფს თარგმანის სიზუსტეს .მე, ნოტარიუსი ვამოწმებ თარჯიმანი ნათია გვიმრაძის ხელისმოწერის სინამდვილეს წარმოდგენილი დოკუმენტის ყველა გვერდზე და არა ეგზემპლარში წარმოდგენილი სამართლებრივი ფაქტების სიზუსტეს ან დოკუმენტის ნამდვილობას. სანოტარო მოქმედება შესრულებულია გაგარინის 29ა-ში , სადაც მე მიმიწვიეს სანოტარო მოქმედების შესასრულებლად

I, Notary Irma Sharvadze, in my Notary Bureau located on an address :42 Zh. Shartava Str.Tbilisi, confirm translator's Natia Gvimradze (born on ███ 1978, ID/C Personal No ███ 0406.,residing at the address: Apt. 25. Building V. block VIII. III massiv, c. ███ reality of signature. (Translator presented Diploma su # 000394. reg. No 508 issued in 2001, by the Sukhumi Branch of Tbilisi State University.) I, Notary, have warned translator that she is responsible for the Translation accuracy and has confirmed that she knows the English language properly and provides the exact translation. I, Notary confirm the genuineness of signature of the translator on every pages of the presented document, neither the correctness of the facts in this copy nor the reality of the document.
The notarial act was performed at 29a Gagarin Street, where I was invited to perform the notarial act

თანახმად სანოტარო მოქმედებათა შესრულებისათვის საზღაურისა და საქართველოს ნოტარიუსთა პალატისთვის დადგენილი საფასურის ოდენობების, მათი გადახდევინების წესისა და მომსახურების ვადების შესახებ საქართველოს მთავრობის 2011 წლის 29 დეკემბრის #507 დადგენილების 31-ე და 34-ე მუხლის გადახდილია საზღაური (1 ეგზემპლარზე შესრულებული 1 ხელმოწერის დამოწმებისთვის) 2.00 ლარი + სანოტარო ბიუროს გარეთ შესრულებული მოქმედებისთვის 20,00 ლარი და საქართველოს მთავრობის ზემოაღნიშნული დადგენილების 39-ე მუხლის პირველი პუნქტის შესაბამისად, ელექტრონულ რეესტრში რეგისტრაციის 2.00 ლარი. აგრეთვე დღგ 3.96 ლარი თანახმად საქართველოს საგადასახადო კოდექსის 166-ე მუხლისა,

Paid Fees according to the order # 507 of Georgian Government dated December 29 2011 "About Fees for carrying out Notary Acts and established amount of price by Georgian Notary Chamber, rules of pay and its terms" article 31 , 34: (1 copy ,1 signatures) 2.00 GEL + 20.00 GEL for performing notarial action out of office and due to the performed Order by Georgian Government Point 1, article 39: 2(two) GEL. As well as VAT 3.96 GEL according to the Tax Code of Georgia of article #166.

ნოტარიუსი
Notary _____

სანოტარო მოქმედებისა და სანოტარო აქტის შესახებ ინფორმაციის (მისი შექმნის, შეცვლის და/ან გაუქმების შესახებ) მიღება-გადამოწმება შეგიძლიათ საქართველოს ნოტარიუსთა პალატის ვებ-გვერდზე: www.notary.ge ასევე შეგიძლიათ დარეკოთ ცხელ ხაზზე: +995(32) 2 66 19 18

დანართი

სამოქალაქო ან კომერციულ საქმეებზე საზღვარგარეთიდან მტკიცებულების გამოთხოვის/მოპოვების თაობაზე 1970 წლის 18 მარტის ჰააგის კონვენციის ფარგლებში სამართლებრივი დახმარების გაწევის თაობაზე თხოვნის ინიცირებისას გამოსაყენებელი შაბლონური ფორმა

საერთაშორისო სამართლებრივი დახმარების თაობაზე თხოვნა სამოქალაქო ან კომერციულ საქმეებზე საზღვარგარეთიდან მტკიცებულების გამოთხოვის/მოპოვების თაობაზე 1970 წლის 18 მარტის ჰააგის კონვენციის ფარგლებში

მე-4 მუხლის 1-ელი პარაგრაფის ფარგლებში, სამართლებრივი დახმარების გაწევის თაობაზე თხოვნის შაბლონური ფორმა შედგენილი უნდა იყოს შუამდგომლობის შემსრულებელი სახელმწიფოს ენაზე ან უნდა ახლდეს თარგმანი ამ სახელმწიფოს ენაზე. მიუხედავად ამისა, მე-4 მუხლის მე-2 და მე-3 პარაგრაფები უშვებს ინგლისური, ფრანგული ან სხვა ენის გამოყენებასაც.

გაუგებრობის თავიდან აცილების მიზნით, გთხოვთ, თვეები მიუთითოთ სიტყვიერად.

გთხოვთ, შაბლონური ფორმა წარმოადგინოთ შევსებული სახით ორ ეგზემპლარად. (საჭიროების შემთხვევაში გამოიყენეთ დამატებითი სივრცე, თუ ეს საკამრისად არა არის მოცემული შაბლონურ ფორმაში)

| 1 | გამგზავნი (დასახელება და მისამართი) | ქ. თბილისის საქალაქო სასამართლო<br><br>მისამართი: დ. აღმაშენებლის ხეივანი N64<br>E-mail: tccinfo@court.ge<br>ტელეფონი +995 032 (2 51 03 00) |
|---|---|---|
| 2 | თხოვნის შემსრულებელი ქვეყნის ცენტრალური ორგანო (დასახელება და მისამართი) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3 | პირი, რომელსაც უნდა დაუბრუნდეს შუამდგომლობაზე პასუხი შესრულებული სახით (დასახელება და მისამართი) | მომთხოვნ ორგანოს (გამგზავნი)<br><br>იუსტიციის სამინისტროს ცენტრალური ორგანო, საერთაშორისო სამართლის დეპარტამენტი, გორგასლის ქუჩა 24ა, 0114 თბილისი, საქართველო.<br>msartania@justice.gov.ge |
| 4 | მიუთითეთ თხოვნის გამგზავნი ორგანოს მიერ დადგენილი თარიღი, რომელი თარიღისთვისაც ის ითხოვს შუამდგომლობაზე პასუხის მიღებას თარიღი, რომელი პერიოდისთვისაც ვარაუდობს თხოვნის ინიციატორი მის შუამდგომლობაზე პასუხის დაბრუნებას | |

1

| | | | |
|---|---|---|---|
| | | თარიღი | 2022 წლის 1 მარტი |
| | | პასუხის დაჩქარების მიზეზი (დადგენილი თარიღისათვის პასუხის მიღების საჭიროების მიზეზი)[1] | |

კონვენციის მე-3 მუხლის შესაბამისად, ამ დოკუმენტის ხელმომწერ პირს შეუძლია წარადგინოს მოთხოვნა

| 5 | a | თხოვნის ინიციატორ სასამართლო ორგანოში (3 (a) მუხლი) დასახელება და მისამართი | თბილისის საქალაქო სასამართლო მისამართი: დ. აღმაშენებლის ხეივანი N64 |
|---|---|---|---|
| | b | უფლებამოსილი ორგანოს (3 (a) მუხლი) დასახელება და მისამართი | |
| | c | საქმის დასახელება და საქმის საიდენტიფიკაციო ნომერი | 2/32591-19 (330210019003360827); ხატია ქოქაშვილის სარჩელის მოპასუხის – სს „საქართველოს ბანკის" მიმართ, თანხის დაკისრების თაობაზე. |

| 6 | | მხარეთა სახელები და მისამართები და ასევე მათი წარმომადგენლების სახელები და მისამართები (აქ იგულისხმება თხოვნის შემსრულებელი სახელმწიფოს ტერიტორიაზე მყოფი მხარეების წარმომადგენლები[2]) (3 (b) მუხლი) | |
|---|---|---|---|
| | a | მოსარჩელე | ხატია ქოქაშვილი მის: ქ.თბილისი, ი.ზაქარიაძის 3, ბინა 59. ტელ: 557 30 63 56 |
| | | წარმომადგენლები | |
| | b | მოპასუხე | მოპასუხე: სს „საქართველოს ბანკი" მის: თბილისის, გაგარინის ქუჩა #29 ა |
| | | წარმომადგენლები | წარმომადგენლები: მარიამ პირველი, გვანცა კიკაბიძე |
| | c | სხვა მხარეები | |

---

[1] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

[2] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

2

|   |   | წარმომადგენლები |   |
|---|---|---|---|

| 7 |   |   |   |
|---|---|---|---|
|   | a | საქმის დასახელება (განქორწინება, მამობის დადგენა, ხელშეკრულებით გათვალისწინებული ვალდებულების დარღვევა, ნივთობრივი ნაკლის თაობაზე) (3 (b) მუხლი) | თანხის დაკისრება |
|   | b | სარჩელის მოკლე მიმოხილვა | დავა შეეხება სს „საქართველოს ბანკის“ მეშვეობით მანიგრამის სერვისით, განხორციელებული ფულადი გზავნილის განაღდების შედეგად მიყენებული ზიანის ანაზღაურების მოთხოვნას, კერძოდ მოპასუხისთვის მოსარჩელის სასარგებლოდ მისთვის მიყენებული მატერიალური ზარალის 2005 დოლარის ექვივალენტი ლარში ანაზღაურებას. |
|   | c | შესაგებელის და შეგებებული სარჩელის მოკლე მიმოხილვა | მოპასუხე მხარემ მის მიერ წარმოდგენილ შესაგებელში აღნიშნა, რომ მოსარჩელის მიერ დაყენებული სასარჩელო მოთხოვნა უსაფუძვლოა და არ უნდა დაკმაყოფილდეს. |
|   | d | სხვა საჭირო ინფორმაცია და დოკუმენტები[3] |   |

| 8 |   |   |   |
|---|---|---|---|
|   | a | მტკიცებულებების დასახელება, რომლის მოპოვებაც უნდა განხორციელდეს ან სხვა საპროცესო მოქმედება, რომელიც უნდა გატარდეს (3 (d) მუხლი) | 1.1. MoneygGram Payment Systems-დან გამოთხოვილ იქნეს ინფორმაცია გზავნილი (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) ვის მიერ, როდის და რომელ ქვეყანაში განაღდა;<br><br>1.2. MoneygGram Payment Systems-დან გამოთხოვილ იქნეს ინფორმაცია იმის თაობაზე - MoneygGram Payment Systems- თან გამგზავნის - ჯანო მუმლაძის ▮▮▮▮ 1279) კომუნკაციის |

---

[3] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

| | | |
|---|---|---|
| | | შედეგად თუ ჩატარდა მოკვლევა გზავნილთან დაკავშირებით (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) და რა დადგინდა; |
| b | მტკიცებულების მოპოვებისა თუ საპროცესო მოქმედების გატარების საჭიროების მიზანი | მოცემული მტკიცებულებები მნიშვნელოვანია, აღნიშნულმა შექმნა საჭიროება იმისა, რომ სასამართლომ გამოითხოვოს ინფორმაცია MoneygGram Payment Systems-დან რადგანაც გამოთხოვილი ინფორმაცია, თავისი შინაარსით დაადასტურებს საქმისთვის მნიშვნელოვან ფაქტობრივ გარემოებებს, კერძოდ, მოპასუხე მხარეს მისცემს შესაძლებლობას გამოარკვიოს გზავნილის თაობაზე ინფორმაცია ვის მიერ, როდის და რომელ ქვეყანაში განალდა, ასევე მანიგრამთან გამგზავნის კომუნიკაციის შედეგად თუ ჩატარდა მოკვლევა კონკრეტულ გზავნილთან მიმართებით და ამ მოკვლევის შედეგად რა ფაქტობრივი გარემოებანი გამოიკვეთა. რაც ქმნის ვარაუდს იმისას, რომ გამოთხოვილი ინფორმაცია დაადასტურებს საქმისთვის მნიშვნელოვან ფაქტობრივ გარემოებებს. |

| 9 | პირის მისამართი და საიდენტიფიკაციო მონაცემეტი, რომელიც უნდა დაიკითხოს (3 (e) მუხლი) | არ ეხება |
|---|---|---|

| 10 | კითხვები, რომელიც უნდა დაესვას პირს, რომელიც იკითხება ან დავის საგანი, რომელთან დაკავშირებითაც ხდება პირის დაკითხვა; აღნიშნული კითხვები, ასევე შესაძლებელია წარმოდგენილი იყოს ცალკე დანართი დოკუმენტის სახით (3 (f) მუხლი)[4] | არ ეხება |
|---|---|---|

---

[4] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

4

| 11 | დოკუმენტისა თუ ქონების დასახელება, რომელიც უნდა შემოწმდება (3 (g) მუხლი)[5] | 1.1. MoneygGram Payment Systems-დან გამოთხოვილ იქნეს ინფორმაცია გზავნილი (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) ვის მიერ, როდის და რომელ ქვეყანაში განალდა; 1.2. MoneygGram Payment Systems-დან გამოთხოვილ იქნეს ინფორმაცია იმის თაობაზე - MoneygGram Payment Systems- თან გამგზავნის - ჯანო მუმლაძის ▇▇▇▇1279) კომუნკაციის შედეგად თუ ჩატარდა მოკვლევა გზავნილთან დაკავშირებით (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) და რა დადგინდა; |
|---|---|---|
| 12 | მოთხოვნას, რომ პირს ჩვენება უნდა ჩამოერთვას ფიცის დადებით, ფიცის შემცვლელი დადასტურებით ან სხვა სპეციალური ფორმის მეშვეობით (3 (h) მუხლი)[6] (იმ შემთხვევაში თუ ჩვენების ჩამორთმევა ვერ მოხდება იმ წესის შესაბამისად, როგორც ამას ითხოვს თხოვნის ინიციატორი სახელმწიფოს უფლებამოსილი ორგანო, მაშინ მიუთითეთ, თუ არის მისაღები თხოვნის შემსრულებელი სახელმწიფოს კანონმდებლობის შესაბამისად ჩვენების ჩამორთმევის წარმართვა. ოფიციალური ფორმით) | არ ეხება |

---

[5] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

[6] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

5

| 13 | მიუთითეთ იმ სპეციალური მეთოდისა თუ პროცედურების შესახებ, რა ფორმითაც უნდა მოხდეს ჩვენების აღება (ზეპირი ფორმით თუ წერილობით, სტენოგრაფიული ფორმით, ფირზე ჩაწერით ან მოკლე ინფორმაციის ჩაწერით, ჯვარედინიდაკითხვით და ა.შ.) (3 (i) მუხლი და 9 მუხლი)[7] (იმ შემთხვევაში თუ ჩვენების ჩამორთმევა ვერ მოხდება იმ წესის შესაბამისად, როგორც ამას ითხოვს თხოვნის ინიციატორი სახელმწიფოს უფლებამოსილი ორგანო, მაშინ მიუთითეთ, თუ არის მისაღები თხოვნის შემსრულებელი სახელმწიფოს კანონმდებლობის შესაბამისად ჩვენების ჩამორთმევის წარმართვა) | არ ეხება |
| --- | --- | --- |
| 14 | თხოვნა, რომ საპროცესო მოქმედებების გატარების დროისა და ადგილის თაობაზე შეტყობინება გაეგზავნოს მხარეებს და იმ პირების საიდენტიფიკაციო მონაცემებისა და მისამართები, რომელთან უნდა გავეგზავნოთ შეტყობინება (მუხლი 7)[8] | არ ეხება |
| 15 | თხოვნის ინიციატორი | არ ეხება |

---

[7] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

[8] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

6

| | | |
|---|---|---|
| | ქვეყნის სასამართლო ხელისუფლების წარმომადგენლების მტკიცებულებების მოპოვების პროცესზე (შუამდგომლობის შესრულების პროცესზე) დასწრების თხოვნა (მუხლი 8)[9] | |
| 16 | თხოვნის ინიციატორი სახელმწიფოს კანონით დადგენილი პრივილეგიისა თუ კანონით მინიჭებული ჩვენების მიცემაზე უარის თქმის შესახებ უფლების თაობაზე ინფორმაცია (მუხლი 11 (b))[10] | არ ეხება |
| 17 | მე-14 მუხლის მე-2 პარაგრაფით და 26-ე მუხლის შესაბამისად, ხარჯების ანაზღაურების შესახებ (მუხლი 11 (ა))[11] | არ ეხება |

მოთხოვნის გაკეთების თარიღი    31.01.2022

თხოვნის ინიციატორი ორგანოს უფლებამოსილი პირის ხელმოწერა (თანამდებობის მითითებით და სახელი და გვარის მითითებით) და ორგანიზაციის ბეჭედი

თბილისის საქალაქო სასამართლო
ქ. თბილისი საქალაქო სასამართლოს
მოსამართლე ე.ჯ.

_____

[9] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

[10] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

[11] გამოტოვეთ ეს პუნქტი, თუ არ თვლით საჭიროდ მის შევსებას.

7

 

7290211153585
www.ecd.court.ge

თბილისის საქალაქო სასამართლოს
სამოქალაქო საქმეთა კოლეგია

ქ. თბილისი, დავით აღმაშენებლის ხეივანი, №64

საქმე N2/32591-19                                  22 დეკემბერი, 2021 წელი

*ამერიკის შეერთებული შტატების*
*კომპეტენტურ ორგანოებს*

თბილისის საქალაქო სასამართლოს სამოქალაქო საქმეთა კოლეგიის წარმოებაშია სამოქალაქო საქმე №2/32591-19, ხატია ქოქაშვილის სარჩელისა გამო მოპასუხის – სს „საქართველოს ბანკის" მიმართ, თანხის დაკისრების თაობაზე.

გაცნობებთ, რომ დავა შეეხება სს „საქართველოს ბანკის" მეშვეობით მანიგრამის სერვისით, განხორციელებული ფულადი გზავნილის განაღდების შედეგად მიყენებული ზიანის ანაზღაურების მოთხოვნას; მოცემულ შემთხვევაში, მოპასუხის წარმომადგენელმა - გვანცა კიკაბიძემ სასამართლოს წინაშე იშუამდგომლა MoneygGram Payment Systems-დან ინფორმაციის გამოთხოვის თაობაზე, კერძოდ გამოითხოვა 1) ინფორმაცია იმის თაობაზე თუ გზავნილი (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) ვის მიერ, როდის და რომელ ქვეყანაში განაღდა. 2) ინფორმაცია იმის თაობაზე MoneygGram Payment Systems- თან გამგზავნის - ჯანო მუმლაძის (პ/ნ 01024081279) კომუნკაციის შედეგად თუ ჩატარდა მოკვლევა გზავნილთან დაკავშირებით (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) და რა დადგინდა;

სასამართლომ მიიჩნია, რომ მოცემული მტკიცებულებები თავისი შინაარსით დაადასტურებს საქმისთვის მნიშვნელოვან ფაქტობრივ გარემოებებს, კერძოდ, მოპასუხე მხარეს მისცემს შესაძლებლობას გამოარკვიოს გზავნილის თაობაზე ინფორმაცია ვის მიერ, როდის და რომელ ქვეყანაში განაღდა, ასევე გამგზავნის მანიგრამთან კომუნიკაციის შედეგად თუ ჩატარდა მოკვლევა კონკრეტულ გზავნილთან მიმართებით და ამ მოკვლევის შედეგად რა ფაქტობრივი გარემოებანი გამოიკვეთა. რადგანაც მოპასუხე მოკლებულია შესაძლებლობას თავად წარმოადგინოს ზემოთ აღნიშნული ინფორმაცია, სასამართლოს მიზანშეწონილად მიაჩნია მოპასუხის წარმომადგენლის შუამდგომლობის დაკმაყოფილება *MoneygGram Payment Systems-დან* ინფორმაციის გამოთხოვის თაობაზე.

1

კომპანია MoneygGram Payment Systems-ი მდებარეობს შემდეგ მისამართზე: Inc; 1550 Utice Avenue South, Minneapolis, MN55416 USA.

ზემოაღნიშნულის გათვალისწინებით, მოგმართავთ თხოვნით, ,,სამოქალაქო და კომერციულ საქმეებზე მტკიცებულებათა საზღვარგარეთ მოპოვების შესახებ" 1970 წლის 18 მარტის ჰააგის კონვენციის ფარგლებში უზრუნველყოთ MoneygGram Payment Systems-დან ინფორმაციის გამოთხოვა და გამოთხოვილი ინფორმაციის მოწოდება, კერძოდ:

გამოთხოვილ იქნეს: 1) ინფორმაცია იმის თაობაზე თუ გზავნილი (შემდეგი რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) ვის მიერ, როდის და რომელ ქვეყანაში განალდა. 2) ინფორმაცია იმის თაობაზე MoneygGram Payment Systems- თან გამგზავნის (ჯანო მუმლაძის ████████████279) კომუნკაციის შედეგად თუ ჩატარდა მოკვლევა გზავნილთან დაკავშირებით (იგივე რეკვიზიტებით: გამგზავნი: qoqasvilixatia@gmail.com, მიმღები: customerservice@moneygram.com, გაგზავნის თარიღი: 12 აპრილი, 2019 წელი 00:12, გზავნილის კოდი: 49675767) და რა დადგინდა;

აქვე გამოვხატავთ პატივისცემასა და მადლიერებას ამერიკის შეერთებული შტატების შესაბამისი კომპეტენტური ორგანოების მიმართ, თანამშრომლობისა და დახმარებისათვის.

დანართი:

თბილისის საქალაქო სასამართლოს სამოქალაქო საქმეთა კოლეგიის განჩინება ქართულ და ინგლისურ ენაზე ნათარგმნი სახით სულ ,,11" ფურცლად;

პატივისცემით,

ზაზა მარტიაშვილი
თბილისის საქალაქო სასამართლოს
სამოქალაქო საქმეთა კოლეგიის მოსამართლე

2